**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION

Case number *(if known)* _____  Chapter ___11___

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Smoke Ring, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | AKA Ray Ray's <br> AKA Ray Ray's Hog Pit <br> AKA Ray Ray's Ohio Style |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-3803115 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6670 Busch Blvd. <br> Columbus, OH 43229 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Franklin <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    https://rayrayshogpit.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Smoke Ring, LLC _____    Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ☒ None of the above

 

B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

 

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
    http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ☒ Chapter 11. *Check **all** that apply:*

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

    ☒ No.
    ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | Leroys Meats, LLC | Relationship | Affiliate |
| District | Southern District of Ohio - Eastern Division | When | Case number, if known |

Debtor    Smoke Ring, LLC

Case number (*if known*) _____

Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**      .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Smoke Ring, LLC _____    Case number (*if known*) _____
            Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     December 19, 2025
                MM / DD / YYYY

**X** /s/  James Ray Anderson _____          James Ray Anderson _____
Signature of authorized representative of debtor          Printed name

Title    Owner _____

**18. Signature of attorney**

**X** /s/ Sean Stone _____          Date    December 19, 2025 _____
Signature of attorney for debtor                      MM / DD / YYYY

Sean Stone _____
Printed name

Tax Workout Group, P.A. _____
Firm name

175 South 3rd Street, Suite 200
Columbus, OH 43215 _____
Number, Street, City, State & ZIP Code

Contact phone _____    Email address    sstone@twg.law _____

OH _____
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Smoke Ring, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒  *Schedule H: Codebtors* (Official Form 206H)
☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 19, 2025         **X** /s/   James Ray Anderson
                                        Signature of individual signing on behalf of debtor

                                        James Ray Anderson
                                        Printed name

                                        Owner
                                        Position or relationship to debtor

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Smoke Ring, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cintas Corp. 6800 Cintas Blvd. PO Box 625737 Cincinnati, OH 45262 | | Vendor | Disputed | | | $21,931.53 |
| City of Johnstown Water Dept. 599 S. Main St. Johnstown, OH 43031 | | Utility | | | | $632.92 |
| Cold Control Refrigeration 6589 Huntley Rd. Columbus, OH 43229 | | Vendor | | | | $6,534.66 |
| First Merchants Bank 1349 West Lane Ave. Suite 800 Columbus, OH 43221 | | Inventory, chattel paper, accounts, equipment, and general intangibles. | | $317,486.27 | $0.00 | $317,486.27 |
| First Merchants Bank 9301 Innovation Dr. Suite 200 Daleville, IN 47334 | spritchett@firstmerchants.com | Inventory, chattel paper, accounts, equipment, and general intangibles. | Disputed | $200,000.00 | $145,969.21 | $200,000.00 |
| First Merchants Bank 1349 West Lane Ave. Suite 800 Columbus, OH 43221 | | Inventory, chattel paper, accounjts, equipment, and general intangibles | | $43,659.97 | $0.00 | $43,659.97 |
| First Merchants Bank 1349 West Lane Ave. Suite 800 Columbus, OH 43221 | | Inventory, chattel paper, accounts, equipment, and general intangibles. | | $30,498.18 | $0.00 | $30,498.18 |
| Ghost Town Property 49-55, LLC 49 S. Main Street Johnstown, OH 43031 | | Business lease | | | | $10,126.65 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Smoke Ring, LLC | | Case number *(if known)* | |
|--------|-----------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Headway Capital, LLC 4700 W. Daybreak Pkwy. Suite 200 South Jordan, UT 84009 | | Loan | Disputed | | | $87,518.86 |
| Henry Development Group 181 E. Center St. Rm. 2 Marion, OH 43302 | | | | | | $884.33 |
| Main Street Reimagined, LLC 181 E. Center St. Box 1 Marion, OH 43302 | | Lease and Loan Agreement | Disputed | | | $282,477.19 |
| Michael Albert Pulse Bookeeping 1575 Big Bluestem Way Sunbury, OH 43074 | | Note | | | | $50,000.00 |
| MudHouse Films 6755 Troll Rd. Athens, OH 45701 | | Vendor | | | | $1,200.00 |
| Northern Haserot 21500 Alexander Rd. Bedford, OH 44146 | | Vendor | | | | $7,577.00 |
| Ohio Department of Taxation Attn: Bankruptcy Division PO Box 530 Columbus, OH 43216 | | Sales Tax through 9-30-25 | | | | $53,597.70 |
| Ohio Department of Taxation Attn: Bankruptcy Division PO Box 530 Columbus, OH 43216 | | 2025 Qtr 1-4 W/H taxes | Disputed | | | $10,807.89 |
| Ohio Department of Taxation Attn: Bankruptcy Division PO Box 530 Columbus, OH 43216 | | 2025 Qtr. 1, 2, 4 unemployment taxes | | | | $3,251.52 |
| Ohio Hood & Fire 4235 State Route 288 Galion, OH 44833 | | Vendor | | | | $600.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Smoke Ring, LLC
_____    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Small Business Financial Solutions, LLC c/o Corporation Service Company 801 Adlai Stevenson Dr. Springfield, IL 62703 | sprfiling@cscglobal.com | Inventory, accounts, and FF&E. | Disputed | | | $130,984.65 |
| The Draft Guy PO Box 9 Granville, OH 43023 | | Vendor | | | | $960.24 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Smoke Ring, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*.............................................................................................    $      0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*..........................................................................................    $      264,349.36

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................................................    $      264,349.36

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      591,644.42

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $      67,657.11

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      602,988.65

4. **Total liabilities** ..........................................................................................................................
   Lines 2 + 3a + 3b        $      1,262,290.18

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name      Smoke Ring, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:       Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Merchants Bank<br>Negative balance ($11,710.68) | Checking | 6094 | $0.00 |
| 3.2. | Chase Bank | Checking | 5979 | $32,930.07 |

4.   **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Contingent right to receive pending credit card processing proceeds from merchant services provider, Stripe. | Unknown |

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $32,930.07 |

### Part 2:       Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security deposit with Main Street Reimagined, LLC for business location lease | $4,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   __Smoke Ring, LLC__                          Case number *(If known)* _____
       Name

7.2.   Security deposit with Ghost Town Property 49-55, LLC for business lease location          $8,000.00

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                              $12,000.00

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Food | 12/14/2025 | $3,000.00 | Replacement | $3,000.00 |

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

23.   **Total of Part 5.**                                                             $3,000.00

Add lines 19 through 22.   Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | Smoke Ring, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Furniture & Fixtures | $70,450.08 | N/A | $70,450.08 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Kitchen equipment | $145,969.21 | N/A | $145,969.21 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.   Copy the total to line 86. | $216,419.29 |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Smoke Ring, LLC | Case number *(If known)* | |
|---|---|---|---|
| | *Name* | | |

**61.**    **Internet domain names and websites**

**62.**    **Licenses, franchises, and royalties**
3 State of Ohio Liquor Licenses      Unknown    N/A      Unknown

**63.**    **Customer lists, mailing lists, or other compilations**

**64.**    **Other intangibles, or intellectual property**

**65.**    **Goodwill**

**66.**    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.      $0.00

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.    Go to Part 12.
☒ Yes Fill in the information below.

                                             Current value of debtor's interest

**71.**    **Notes receivable**
Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**    **Interests in insurance policies or annuities**
West Bend Insurance Company
Liquor Liability Coverage
Businessowners Coverage      $0.00

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

Theft & Fraud by former accounting manager      Unknown

| Nature of claim | Civil/Criminal |
|---|---|
| Amount requested | $0.00 |

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**    **Trusts, equitable or future interests in property**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Smoke Ring, LLC
_____
          Name                                          Case number *(If known)* _____

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.

|  | $0.00 |
|---|---|

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

Debtor   Smoke Ring, LLC
_____   Case number *(If known)* _____
         Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $32,930.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $216,419.29 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $264,349.36 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $264,349.36 |

**Fill in this information to identify the case:**

Debtor name _____ Smoke Ring, LLC _____

United States Bankruptcy Court for the: _____ SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION _____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   First Merchants Bank**

Creditor's Name

9301 Innovation Dr. Suite 200
Daleville, IN 47334

Creditor's mailing address

spritchett@firstmerchants.com

Creditor's email address, if known

**Date debt was incurred**
8/13/2021

**Last 4 digits of account number**
2629

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Inventory, chattel paper, accounts, equipment, and general intangibles.

**Describe the lien**
UCC OH00255452367

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $200,000.00          Column B: $145,969.21

**2.2   First Merchants Bank**

Creditor's Name

1349 West Lane Ave. Suite 800
Columbus, OH 43221

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3/27/2024

**Last 4 digits of account number**
7718

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Inventory, chattel paper, accounjts, equipment, and general intangibles

**Describe the lien**
UCC OH 280350201

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $43,659.97          Column B: $0.00

Official Form 206D              Schedule D: Creditors Who Have Claims Secured by Property              page 1 of 2

| Debtor | Smoke Ring, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | First Merchants Bank | | | | | $317,486.27 | $0.00 |
|---|---|---|---|---|---|---|---|

**Creditor's Name**

1349 West Lane Ave. Suite 800
Columbus, OH 43221

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Inventory, chattel paper, accounts, equipment, and general intangibles.

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
8/13/2021

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
3135

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | First Merchants Bank | | | | | $30,498.18 | $0.00 |
|---|---|---|---|---|---|---|---|

**Creditor's Name**

1349 West Lane Ave. Suite 800
Columbus, OH 43221

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Inventory, chattel paper, accounts, equipment, and general intangibles.

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
8/2021

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
7645

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | $591,644.42

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    Smoke Ring, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $53,597.70 | $53,597.70 |
| | Date or dates debt was incurred | Basis for the claim:<br>Sales Tax through 9-30-25 | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,251.52 | $3,251.52 |
| | Date or dates debt was incurred | Basis for the claim:<br>2025 Qtr. 1, 2, 4 unemployment taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address<br>Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $10,807.89 | $10,807.89 |
| | Date or dates debt was incurred | Basis for the claim:<br>2025 Qtr 1-4 W/H taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill

| Debtor | Smoke Ring, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Cintas Corp.
6800 Cintas Blvd.
PO Box 625737
Cincinnati, OH 45262

**Date(s) debt was incurred** _2025_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Vendor_
Is the claim subject to offset? ☒ No ☐ Yes

$21,931.53

---

**3.2** | **Nonpriority creditor's name and mailing address**
City of Johnstown Water Dept.
599 S. Main St.
Johnstown, OH 43031

**Date(s) debt was incurred** _2025_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility_
Is the claim subject to offset? ☒ No ☐ Yes

$632.92

---

**3.3** | **Nonpriority creditor's name and mailing address**
City of Marion
233 West Center St.
Marion, OH 43302

**Date(s) debt was incurred** _2025_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities_
Is the claim subject to offset? ☒ No ☐ Yes

$96.97

---

**3.4** | **Nonpriority creditor's name and mailing address**
Cold Control Refrigeration
6589 Huntley Rd.
Columbus, OH 43229

**Date(s) debt was incurred** _2025_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_
Is the claim subject to offset? ☒ No ☐ Yes

$6,534.66

---

**3.5** | **Nonpriority creditor's name and mailing address**
Davenport Law PC
5900 South Lake Forest Dr. Suite 300
McKinney, TX 75070

**Date(s) debt was incurred** _2025_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Attorney fees_
Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.6** | **Nonpriority creditor's name and mailing address**
Ghost Town Property 49-55, LLC
49 S. Main Street
Johnstown, OH 43031

**Date(s) debt was incurred** _2025_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business lease_
Is the claim subject to offset? ☐ No ☒ Yes

$10,126.65

---

**3.7** | **Nonpriority creditor's name and mailing address**
Harvest Commissary
5900 B.I.S. Rd.
Lancaster, OH 43130

**Date(s) debt was incurred** _2025_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_
Is the claim subject to offset? ☒ No ☐ Yes

$158.70

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Smoke Ring, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $87,518.86

Headway Capital, LLC
4700 W. Daybreak Pkwy. Suite 200
South Jordan, UT 84009

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $884.33

Henry Development Group
181 E. Center St. Rm. 2
Marion, OH 43302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $506.43

JR Anderson Farms
1703 Deeds Rd.
Granville, OH 43023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Leroy's Meats, LLC
6670 Busch Blvd.
Columbus, OH 43229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Advances_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $282,477.19

Main Street Reimagined, LLC
181 E. Center St. Box 1
Marion, OH 43302

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Lease and Loan Agreement_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No   ☒ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,000.00

Michael Albert
Pulse Bookeeping
1575 Big Bluestem Way
Sunbury, OH 43074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Note_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $317.27

Mid State Fire Prevention LLC
1518 Canby Ct.
Marion, OH 43302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,200.00

MudHouse Films
6755 Troll Rd.
Athens, OH 45701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | Smoke Ring, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,577.00 |
|---|---|---|---|

Northern Haserot
21500 Alexander Rd.
Bedford, OH 44146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $600.00 |
|---|---|---|---|

Ohio Hood & Fire
4235 State Route 288
Galion, OH 44833

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $130,984.65 |
|---|---|---|---|

Small Business Financial Solutions, LLC
c/o Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _9/10/2025_

**Basis for the claim:** _Inventory, accounts, and FF&E._

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Square, Inc. aka Block, Inc.
1455 Market St. Suite 600
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $960.24 |
|---|---|---|---|

The Draft Guy
PO Box 9
Granville, OH 43023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $481.25 |
|---|---|---|---|

Win Waste Innovations
90 Arboretum Dr. Suite 300
Portsmouth, NH 03801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Michael Neiman, Esq.<br>Neiman Law, LLC<br>580 S. High St. Suite 120<br>Columbus, OH 43215 | Line _3.12_<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | Smoke Ring, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.2** Myron Terlecky, Esq.<br>Strip, Hoppers, Leithart, McGrath & Terlecky<br>575 S. Third Street<br>Columbus, OH 43215 | Line _3.6_<br><br>☐ Not listed. Explain ____ | _ |
| **4.3** Rapid<br>4500 East West Highway, 6th Fl.<br>Bethesda, MD 20814 | Line _3.18_<br><br>☐ Not listed. Explain ____ | _ |
| **4.4** Small Business Solutions, LLC<br>Attn: Legal<br>4500 East West Highway, 6th Floor<br>Bethesda, MD 20814 | Line _3.18_<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.    Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 67,657.11 |
| **5b. Total claims from Part 2** | 5b. + | $ | 602,988.65 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 670,645.76 |

**Fill in this information to identify the case:**

Debtor name ___Smoke Ring, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Provided uniforms and linens to 3 locations. | |
| | State the term remaining | Terminated pre-petition | Cintas Corp. |
| | List the contract number of any government contract | | 6800 Cintas Blvd. PO Box 625737 Cincinnati, OH 45262 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | 10/29/25 Retainer Agreement | |
| | State the term remaining | Terminated pre-petition | Davenport Law PC |
| | List the contract number of any government contract | | 5900 South Lake Forest Dr. Suite 300 McKinney, TX 75070 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | 49 S. Main Street, Johnstown, OH 43031 5-year lease Initial Term is $96,000 annually, payable in equal monthly installments of $8,000. Rent increases 2% per annum. Tenant pays percentage rent equal to 2% of Gross Revenues for each month or partial month. $8,000 security deposit. | |
| | State the term remaining | Terminated pre-petition | Ghost Town Property 49-55, LLC |
| | List the contract number of any government contract | | 49 S. Main Street Johnstown, OH 43031 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Debtor 1  Smoke Ring, LLC

First Name _____ Middle Name _____ Last Name _____          Case number (if known) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | 1256 Columbus Rd. Granville, OH 12/16/25 - month to month $6,000 month | |
|---|---|---|---|
| | State the term remaining | Month-to-month | |
| | List the contract number of any government contract | | JR Anderson Farms 1703 Deeds Rd. Granville, OH 43023 |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | 10 year lease $2000/month, increased 2% per annum 1% of net sales tax that exceed $50,000 $4000 security deposit | |
|---|---|---|---|
| | State the term remaining | Terminated pre-petition | |
| | List the contract number of any government contract | | Main Street Reimagined, LLC 181 E. Center St. Box 1 Marion, OH 43302 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Six-month Listing Agreement for business assets at Marion, OH, closed location. | |
|---|---|---|---|
| | State the term remaining | Expires May 31, 2026, renewable month to month. | |
| | List the contract number of any government contract | | Sokol & Associates, Ltd. c/o Randy Sokol 56 N. Stanwood Rd. Columbus, OH 43209 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Smoke Ring, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | James Anderson | 1603 Deeds Rd.<br>Granville, OH 43023 | Headway Capital, LLC | ☐ D _____<br>☒ E/F ___3.8___<br>☐ G _____ |
| 2.2 | James Anderson | 1603 Deeds Rd.<br>Granville, OH 43023 | First Merchants Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | James Anderson | 1603 Deeds Rd.<br>Granville, OH 43023 | Small Business<br>Financial Solutions,<br>LLC | ☐ D _____<br>☒ E/F ___3.18___<br>☐ G _____ |
| 2.4 | James Anderson | 1603 Deeds Rd.<br>Granville, OH 43023 | First Merchants Bank | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | James Anderson | 1603 Deeds Rd.<br>Granville, OH 43023 | First Merchants Bank | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | James Anderson | 1603 Deeds Rd.<br>Granville, OH 43023 | First Merchants Bank | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Smoke Ring, LLC | Case number *(if known)* | |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | JR Anderson Properties, LLC | 1256 Columbus Rd. Granville, OH 43023 | First Merchants Bank | ☒ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.8 | JR Anderson Properties, LLC | 1256 Columbus Rd. Granville, OH 43023 | First Merchants Bank | ☒ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.9 | JR Anderson Properties, LLC | 1256 Columbus Rd. Granville, OH 43023 | First Merchants Bank | ☒ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.10 | Leroy's Meats, LLC | 6670 Busch Blvd. Columbus, OH 43229 | Michael Albert | ☐ D _____ ☒ E/F __3.13__ ☐ G _____ |
| 2.11 | Leroy's Meats, LLC | 6670 Busch Blvd. Columbus, OH 43229 | First Merchants Bank | ☒ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.12 | Leroy's Meats, LLC | 6670 Busch Blvd. Columbus, OH 43229 | First Merchants Bank | ☒ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.13 | Leroy's Meats, LLC | 6670 Busch Blvd. Columbus, OH 43229 | First Merchants Bank | ☒ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.14 | Leroy's Meats. LLC | 6670 Busch Blvd. Columbus, OH 43229 | First Merchants Bank | ☒ D __2.1__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __Smoke Ring, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/25**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $1,614,485.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other _____ | $139,708.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $192,655.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Debtor    Smoke Ring, LLC _____    Case number *(if known)* _____

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  James Anderson<br>1603 Deeds Rd.<br>Granville, OH 43023<br>Owner/Managing Member | 12/2024 -<br>12/2025 | $40,772.94 | Compensation |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor      Smoke Ring, LLC                                                    Case number *(if known)*_____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| Employee theft by former accounting manager | n/a | 2025 | Unknown |

## Part 6:    Certain Payments or Transfers

### 11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 11/6/25 ($2500); 11/15/25 ($2500); 11/22/25 ($2500); 11/29/25 ($2500); 12/6/25 ($2500) | |
| | Tax Workout Group - OH 175 South 3rd Street, Suite 200 Columbus, OH 43215 | Attorney Fee | | $12,500.00 |
| | **Email or website address** AKamensky@TWG.Law | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor      Smoke Ring, LLC _____          Case number *(if known)* _____

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | Headquarters - 972 Checkrein Ave. Columbus, OH 43229 | 2021 - 2024 |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☒ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | Smoke Ring, LLC | Case number *(if known)* |
|---|---|---|

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Smoke Ring, LLC _____    Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Hogan CPA Financial Services, LLC<br>1201 Dublin Rd. Suite 116<br>Columbus, OH 43215 | 2025 |
| 26a.2.   Pulse Bookeeping<br>1575 Big Bluestem Way<br>Sunbury, OH 43074 | 2025 |
| 26a.3.   Speedia Tax Service<br>4700 Reed Rd. Suite K<br>Columbus, OH 43220 | 2015-2024 |
| 26a.4.   Erik Welch | 11/2024 - 9/2025 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Anderson | 1603 Deeds Rd.<br>Granville, OH 43023 | Owner | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

| Debtor | Smoke Ring, LLC | Case number *(if known)* | |

loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. James Anderson<br>1603 Deeds Rd.<br>Granville, OH 43023 | Owner draws, $40,772.94 | 1/1/2025 - Present | |
| **Relationship to debtor**<br>Managing Member | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____ December 19, 2025 ____

| /s/   James Ray Anderson | James Ray Anderson |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor   Owner _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of Ohio, Columbus Division

In re    Smoke Ring, LLC
_____
Debtor(s)

Case No. _____
Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................. $     12,500.00

    Prior to the filing of this statement I have received ....................................... $     12,500.00

    Balance Due .................................................................................... $     0.00

2.  The source of the compensation paid to me was:

    ☒ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor      ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [List other services that counsel has agreed to provide]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December 19, 2025
_____
*Date*

/s/ Sean Stone
_____
Sean Stone
*Signature of Attorney*
Tax Workout Group, P.A.
175 South 3rd Street, Suite 200
Columbus, OH 43215
 Fax:
sstone@twg.law
_____
*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of Ohio, Columbus Division

In re   Smoke Ring, LLC _____   Case No. _____
                              Debtor(s)            Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| James Ray Anderson<br>1603 Deeds Rd.<br>Granville, OH 43023 | | | Sole member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   December 19, 2025 _____   Signature   /s/ James Ray Anderson _____
                                                        James Ray Anderson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Cintas Corp.
6800 Cintas Blvd.
PO Box 625737
Cincinnati, OH 45262


City of Johnstown Water Dept.
599 S. Main St.
Johnstown, OH 43031


City of Marion
233 West Center St.
Marion, OH 43302


Cold Control Refrigeration
6589 Huntley Rd.
Columbus, OH 43229


Davenport Law PC
5900 South Lake Forest Dr. Suite 300
McKinney, TX 75070


First Merchants Bank
1349 West Lane Ave. Suite 800
Columbus, OH 43221


First Merchants Bank
9301 Innovation Dr. Suite 200
Daleville, IN 47334


Ghost Town Property 49-55, LLC
49 S. Main Street
Johnstown, OH 43031


Harvest Commissary
5900 B.I.S. Rd.
Lancaster, OH 43130


Headway Capital, LLC
4700 W. Daybreak Pkwy. Suite 200
South Jordan, UT 84009


Henry Development Group
181 E. Center St. Rm. 2
Marion, OH 43302


James Anderson
1603 Deeds Rd.
Granville, OH 43023


JR Anderson Farms
1703 Deeds Rd.
Granville, OH 43023


JR Anderson Properties, LLC
1256 Columbus Rd.
Granville, OH 43023

Leroy's Meats, LLC
6670 Busch Blvd.
Columbus, OH 43229


Leroy's Meats, LLC
6670 Busch Blvd.
Columbus, OH 43229


Leroy's Meats. LLC
6670 Busch Blvd.
Columbus, OH 43229


Main Street Reimagined, LLC
181 E. Center St. Box 1
Marion, OH 43302


Michael Albert
Pulse Bookeeping
1575 Big Bluestem Way
Sunbury, OH 43074


Michael Neiman, Esq.
Neiman Law, LLC
580 S. High St. Suite 120
Columbus, OH 43215


Mid State Fire Prevention LLC
1518 Canby Ct.
Marion, OH 43302


MudHouse Films
6755 Troll Rd.
Athens, OH 45701


Myron Terlecky, Esq.
Strip, Hoppers, Leithart, McGrath & Terl
575 S. Third Street
Columbus, OH 43215


Northern Haserot
21500 Alexander Rd.
Bedford, OH 44146


Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216


Ohio Hood & Fire
4235 State Route 288
Galion, OH 44833


Rapid
4500 East West Highway, 6th Fl.
Bethesda, MD 20814

Small Business Financial Solutions, LLC
c/o Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703


Small Business Solutions, LLC
Attn: Legal
4500 East West Highway, 6th Floor
Bethesda, MD 20814


Sokol & Associates, Ltd.
c/o Randy Sokol
56 N. Stanwood Rd.
Columbus, OH 43209


Square, Inc. aka Block, Inc.
1455 Market St. Suite 600
San Francisco, CA 94103


The Draft Guy
PO Box 9
Granville, OH 43023


Win Waste Innovations
90 Arboretum Dr. Suite 300
Portsmouth, NH 03801

# United States Bankruptcy Court
## Southern District of Ohio, Columbus Division

In re   Smoke Ring, LLC _____   Case No. _____

                                    Debtor(s)      Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Smoke Ring, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

December 19, 2025 _____         /s/ Sean Stone _____
Date                                       Sean Stone
                                           Signature of Attorney or Litigant
                                           Counsel for   Smoke Ring, LLC _____
                                           Tax Workout Group, P.A.
                                           175 South 3rd Street, Suite 200
                                           Columbus, OH 43215
                                            Fax:
                                           sstone@twg.law